An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

SHAHNAM FAEGHI, AN INDIVIDUAL,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE ROB
BARE, DISTRICT JUDGE,
Respondents,
and
THE FOOTHILLS AT SOUTHERN
HIGHLANDS HOMEOWNERS
ASSOCIATION, A NEVADA NON-
PROFIT CORPORATION; COMPLETE
ASSOCIATION MANAGEMENT
COMPANY, A NEVADA
CORPORATION; ABSOLUTE
COLLECTION SERVICES, LLC, A
NEVADA LIMITED LIABILITY
CORPORATION; AND SFR
INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
CORPORATION,
Real Parties in Interest.

No. 67963

FILED

JUN 1 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT
### OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a district court order denying a motion to enforce a settlement agreement. Having considered the petition and supporting documents, we are not persuaded that petitioner has met his burden of demonstrating that our extraordinary intervention is warranted, as the law requires a meeting of the minds for an agreement to be enforceable, *see May v. Anderson*, 121 Nev. 668, 672, 119 P.3d 1254, 1257 (2005), and the district

15-17822

court's finding that SFR Investments Pool 1, LLC, had not approved the agreement beyond the expired deadline is supported by substantial evidence and is not clearly erroneous. *Id.* at 672-73, 119 P.3d at 1257; *see* NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004). Accordingly, we deny the petition. NRAP 21(b); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991).

It is so ORDERED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Rob Bare, District Judge
   Hawkins Melendrez, P.C.
   Charles L. Geisendorf, Ltd.
   Howard Kim & Associates
   Eighth District Court Clerk